**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* ______ Chapter **7**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — **Takeover Industries, Inc.**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — **86-1497450**

**4. Debtor's address**

**Principal place of business**

**401 Ryand Ste. 200-A**
**Reno, NV 89502**
Number, Street, City, State & ZIP Code

**Washoe**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**3121**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Takeover Industries, Inc.** Case number (*if known*)
Name

[redacted] **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 10, 2025**
MM / DD / YYYY

*X* **/s/ Michael Holley**
Signature of authorized representative of debtor

**Michael Holley**
Printed name

Title **Director**

**18. Signature of attorney**

*X* **/s/ Zachariah Larson**
Signature of attorney for debtor

Date **September 10, 2025**
MM / DD / YYYY

**Zachariah Larson 7787**
Printed name

**Larson & Zirzow, LLC**
Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone **702-382-1170** Email address **zlarson@lzlawnv.com**

**7787 NV**
Bar number and State

**UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF TAKEOVER INDUSTRIES INC.**
**a Nevada corporation**

The undersigned, being the Board of Directors of TAKEOVER INDUSTRIES INC., a Nevada corporation (the "Company"), hereby approves and adopts the following resolutions effective as of September 8 , 2025:

RESOLVED that in the judgment of the directors of the Company, and upon the advice of counsel, it is desirable and in the best interests of the Company and its creditors and other interested parties that a voluntary petition for relief be filed under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby, and the Company shall initiate a bankruptcy case and proceedings.

RESOLVED that Michael Holley (the "Authorized Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules, statements, and any amendments thereto under chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in the Company's bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts necessary on behalf of the Company in connection with such bankruptcy case, but consistent with the provisions of the Bankruptcy Code.

RESOLVED that the law firm of Larson & Zirzow, LLC is engaged and shall continue its engagement as attorneys for the Company in the chapter 7 case of the Company, and its legal representation agreement is approved.

RESOLVED that the Responsible Person is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all papers, and to take and perform any and all further acts and deeds which he or she deems necessary and proper to commence the chapter 7 case.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions with respect to the preparation and commencement of the chapter 7 case be, and the same hereby are, ratified, confirmed, and approved.

[Rest of page intentionally left blank]

IN WITNESS WHEREOF, the undersigned, hereby approves this Written Consent as of the date first above written.

TAKEOVER INDUSTRIES INC.,
a Nevada corporation,

Signed by:
By: ______________________
61BA515072B5410...
Michael Holley, Director

Signed by:
By: ______________________
6F15DB603DF84EC...
Tom Zarro, Director

Signed by:
By: ______________________
475C82D5573E44F...
Joseph Pavlik, Director

**Fill in this information to identify the case:**

Debtor name **Takeover Industries, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 10, 2025**

*X* **/s/ Michael Holley**
Signature of individual signing on behalf of debtor

**Michael Holley**
Printed name

**Director**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Takeover Industries, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **563.77** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **563.77** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **0.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **1,571.06** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **4,909,657.47** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **4,911,228.53** |

**Fill in this information to identify the case:**

Debtor name **Takeover Industries, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | **8537** | **$0.00** |
| 3.2. | **Bank of America** | **Savings** | **4362** | **$7.69** |
| 3.3. | **Paypal** | | | **$556.08** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. **$563.77**

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

Debtor **Takeover Industries, Inc.**
Name

Case number *(If known)*

■ No. Go to Part 4.
☐ Yes Fill in the information below.

## Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale**<br>**Inventory Assets: Debtor has 590 12-count Orange Pop Displays that are expired, and deemed worthless** | | **$0.00** | | **$0.00** |
| 22. | **Other inventory or supplies** | | | | |

23. **Total of Part 5.** **$0.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

Debtor **Takeover Industries, Inc.** Case number *(If known)*
Name

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Computers (deemed outdated and valueless)** | **$0.00** | | **$0.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$0.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** | |

Debtor **Takeover Industries, Inc.** Case number *(If known)*
Name

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Any claims of Debtor against current or past officers/directors?** **$0.00**

**Nature of claim**
**Amount requested** **$0.00**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** **$0.00**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor **Takeover Industries, Inc.**
Name

Case number *(If known)*

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$563.77** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9*...................................................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$563.77** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$563.77** |

**Fill in this information to identify the case:**

Debtor name **Takeover Industries, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 First Corporate Solutions**
Creditor's Name
**as Representative**
**Attn: Bankruptcy Dept/Managing Agent**
**914 S Street**
**Sacramento, CA 95811**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/27/2025**
**Last 4 digits of account number**
**2192**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets of Debtor whether now owned or hereafter.**

**Describe the lien**
**UCC-1 filed on 6/27/2025**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **Unknown** Column B: **Unknown**

**2.2 James V. Deppoleto Jr.**
Creditor's Name
**1600 Paramount Drive**
**Waukesha, WI 53186**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/9/2022**
**Last 4 digits of account number**
**4562**

**Describe debtor's property that is subject to a lien**
**All assets of Debtor whether now owned or hereafter.**

**Describe the lien**
**UCC-1 filed 9/9/2022**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **Unknown** Column B: **Unknown**

Debtor **Takeover Industries, Inc.** Case number (if known)
Name

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$0.00**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Takeover Industries, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Arizona Department of Revenue<br>Attn: Bankruptcy Dept/Managing Agent<br>PO Box 29010<br>Phoenix, AZ 85038-9010**<br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>**Income Tax**<br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$109.04** | **$109.04** |
| 2.2 | Priority creditor's name and mailing address<br>**Florida Deptartment of Revenue<br>Attn: Bankruptcy Dept/Managing Agent<br>5050 W Tennessee Street<br>Tallahassee, FL 32399**<br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>**State Tax - Sales Tax**<br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$506.02** | **$506.02** |

Debtor **Takeover Industries, Inc.** Case number (if known)
Name

**2.3** Priority creditor's name and mailing address
**Georgia Department of Revenue**
**Compliance Division - Central Collection**
**2595 Century Pkwy NE, Suite 331**
**Atlanta, GA 30345-3173**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$250.13** **$250.13**

Date or dates debt was incurred

Basis for the claim: **State Tax - Sales Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address
**LTNC Shopify Gift Cards**
**Attn: Bankruptcy/Managing Member**
**151 O'Connor St. Ground Floor**
**Ottawa, ON K2P 2L8**
**Canada**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$527.85** **$527.85**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address
**Maryland Comptroller**
**Attn: Bankruptcy Dept/Managing Agent**
**7 St. Paul Street, Suite 230**
**Baltimore, MD 21202**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$178.02** **$0.00**

Date or dates debt was incurred

Basis for the claim: **State Tax - Sales Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
**Alpha Capital Group**
**Attn: Bankruptcy Dept/Managing Agent**
**Tower 42 25 Old Broad Street**
**London EC2N 1HN**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$340,000.00**

**Date(s) debt was incurred** 6/8/2021

**Basis for the claim:** Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Takeover Industries, Inc.** Case number (if known)
Name

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66,421.03 |
|---|---|---|---|
| | **Bank of America Business Card**<br>**Attn: Bankruptcy**<br>**P.O. Box 15796**<br>**Wilmington, DE 19886-5796**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 0248 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Charge account<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,057.62 |
|---|---|---|---|
| | **Bank of America Business Card**<br>**Attn: Bankruptcy**<br>**P.O. Box 15796**<br>**Wilmington, DE 19886-5796**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 4234 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Charge account<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83,336.58 |
|---|---|---|---|
| | **Boost Transport**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 852**<br>**Oakwood, GA 30566**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175,000.00 |
|---|---|---|---|
| | **CFP Ventures LLC**<br>**Battleship Stance Inc.**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**1107 1/2 Tacoma Ave. S.**<br>**Tacoma, WA 98402**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,034.70 |
|---|---|---|---|
| | **CMG Logistics**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 852**<br>**Oakwood, GA 30566**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,000.00 |
|---|---|---|---|
| | **Elevate Nutraceutics**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**408 NE 6th Street, Ste. 637**<br>**Fort Lauderdale, FL 33304**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,972.40 |
|---|---|---|---|
| | **Faith Springs, LLC dba H2ForLIfe**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**311 Green St., NW Ste. 500**<br>**Gainesville, GA 30501**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Takeover Industries, Inc.** Case number (if known)
Name

**3.9** **Nonpriority creditor's name and mailing address**
**Gamer Packaging, Inc.**
**c/o Euler Hermes Collections N.A.**
**Attn: Wendy Neff, Sr Collection Sp.**
**800 Red Brook Blvd., Ste. 400C**
**Owings Mills, MD 21117**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$33,168.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Vendor**
Is the claim subject to offset? ■ No ☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**
**Hall & Evans**
**Attn: Managing Member**
**1001 17th Street, Ste. 300**
**Denver, CO 80202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,114.79**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Services**
Is the claim subject to offset? ■ No ☐ Yes

**3.11** **Nonpriority creditor's name and mailing address**
**James V. Deppoleto, Jr.**
**c/o Bart K. Larsen, Esq.**
**Shea Larson PC**
**1731 Village Center Circle, Ste. 150**
**Las Vegas, NV 89134**
**Date(s) debt was incurred** **8/19/2022**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,016,697.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** **Pending litigation in U.S. District Court, District of Nevada, Case No: 22-cv-2013-GMN-VCF**
Is the claim subject to offset? ■ No ☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**
**Jason Tucker**
**c/o Veronica L. Manolio**
**Manolio & Firestone PLC**
**8686 E. San Alberto Dr., Ste. 200**
**Scottsdale, AZ 85258**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** **Third Party Defendent in U.S. District Court, District of Arizona Case No: 22-cv-00357-JTT**
Is the claim subject to offset? ■ No ☐ Yes

**3.13** **Nonpriority creditor's name and mailing address**
**John Quinn**
**546 River Road**
**Chatham, NJ 07928**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** **Possible lawsuit for alleged payment due of commissions and distrubtion of stock**
Is the claim subject to offset? ■ No ☐ Yes

**3.14** **Nonpriority creditor's name and mailing address**
**Manilio & Firestone**
**Attn: Bankruptcy Dept/Managing Agent**
**8686 E. San Alberto Dr. , Ste. 200**
**Scottsdale, AZ 85258**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **0407**

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,060.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Services**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Takeover Industries, Inc.** Case number (if known)
Name

**3.15 Nonpriority creditor's name and mailing address**
**Melissa Tucker**
**c/o Veronica L. Manolio**
**Manolio & Firestone PLC**
**8686 E. San Alberto Dr., Ste. 200**
**Scottsdale, AZ 85258**
**Date(s) debt was incurred** 3/2022
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Pending litigation in District of Arizona Case No: 22-cv-00357-JTT
Is the claim subject to offset? ■ No ☐ Yes

**3.16 Nonpriority creditor's name and mailing address**
**Michael Holley**
**401 Ryland St., Ste. 200- A**
**Reno, NV 89502**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,332.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Loan to company
Is the claim subject to offset? ■ No ☐ Yes

**3.17 Nonpriority creditor's name and mailing address**
**Next Gen Beverages LLC**
**Attn: Bankruptcy Dept/Managing Agent**
**125 South King Street, Ste 2A**
**Jackson, WY 83001**
**Date(s) debt was incurred** 2023-2/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$42,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Loans Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.18 Nonpriority creditor's name and mailing address**
**Professional Fighters League LLC**
**Attn: Bankruptcy Dept/Managing Agent**
**320 West 37th Street, 14th Flr**
**New York, NY 10018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,943,500.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Pending litigation in the USDC S.N.Y. 24-01335
Is the claim subject to offset? ■ No ☐ Yes

**3.19 Nonpriority creditor's name and mailing address**
**Reiter Law, PLC**
**Attn: Managing Member**
**4500 N. 32nd Street, Ste 201H**
**Phoenix, AZ 85018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$35,410.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

**3.20 Nonpriority creditor's name and mailing address**
**Saverino & Associates, Inc.**
**Attn: Managing Member**
**538 Randy Road**
**Carol Stream, IL 60188**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,906.33**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

**3.21 Nonpriority creditor's name and mailing address**
**Shopify**
**Attn: Bankruptcy/Managing Member**
**151 O'Connor St. Ground Floor**
**Ottawa, ON K2P 2L8**
**Canada**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$694.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Takeover Industries, Inc.** Case number (if known) ____
Name

**3.22 Nonpriority creditor's name and mailing address**
**Toby McBride**
**c/o Paul M. Levine, P.C.**
**8502 E. Via de Ventura, STe. 200**
**Scottsdale, AZ 85258**
**Date(s) debt was incurred 3/2022**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim: Pending litigation in USDC District of Arizona**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.23 Nonpriority creditor's name and mailing address**
**United Product Development**
**Attn: Jennifer Wolbers**
**2231 Linwood Ave.**
**Naples, FL 34112**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,450.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Vendor**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.24 Nonpriority creditor's name and mailing address**
**Winsight**
**Attn: Bankruptcy Dept/Managing Agent**
**300 S. Riverside Plaza, Ste. 1600**
**Chicago, IL 60606**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Vendor**
Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Abrams Fensterman, LLP**<br>**Attn: Alex Leibson**<br>**3 Dakota Drive, Ste. 300**<br>**Lake Success, NY 11042** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Gamer Packaging**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**330 2nd Ave. South, Ste. 895**<br>**Minneapolis, MN 55401** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Husch Blackwell LLP**<br>**Attn: Jennifer E. Hoekel, Esq.**<br>**190 Carondelet Plaza, Ste. 600**<br>**Saint Louis, MO 63105** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **John Quinn**<br>**1311 Mountain Mill Drive, #107**<br>**Raleigh, NC 27614** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Paul M. Levine PC**<br>**8502 E. Via de Ventura Dr., Ste. 200**<br>**Scottsdale, AZ 85258** | Line **3.22**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Paul M. Levine PC**<br>**8502 E. Via de Ventura Dr., Ste. 200**<br>**Scottsdale, AZ 85258** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Quinn Wealth Management, LLC**<br>**1311 Mountain Mill Drive, #107**<br>**Raleigh, NC 27614** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Winsight**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 844641**<br>**Boston, MA 02284** | Line **3.24**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **1,571.06** |
| **5b. Total claims from Part 2** | 5b. | + | $ **4,909,657.47** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **4,911,228.53** |

**Fill in this information to identify the case:**

Debtor name **Takeover Industries, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **Takeover Industries, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Takeover Industries, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other | **$0.00** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$319.83** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$337,789.80** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Labor Smart Inc vs. Tucker et al.<br>2:22-cv-00357-PHX-JJT** | **Breach of Fiduciary Duty** | **United States District Court of Arizona<br>401 W Washington St. # 10<br>Phoenix, AZ 85003** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **James V. Deppoleto Jr. vs Takeover Industries Inc. et al<br>2:22-cv-02013-GMN-MDC** | **Breach of Contract** | **United States District Court of Nevada<br>333 S Las Vegas Blvd.<br>Las Vegas, NV 89101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Professional Fighter's League v. Takeover Industries, Inc.<br>2024-cv-01335-GS** | **Breach of Contract** | **USDC Southern District of New York<br>500 Pearl Street<br>New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Larson & Zirzow, LLC**<br>**850 E. Bonneville Ave.**<br>**Las Vegas, NV 89101** | | **7/16/2024** | **$5,500.00** |

**Email or website address**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br>**Dates business existed** |
|---|---|---|



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **David Anderson**<br>**401 Ryland Ste. 200 A**<br>**Reno, NV 89502** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **Martin Scott**<br>**19180 Skyridge Circle**<br>**Boca Raton, FL 33498** | **2023-24** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **David Anderson**<br>**401 Ryland Ste. 200 A**<br>**Reno, NV 89502** | **Quickbooks online** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Labor Smart, Inc.** | **c/o Brad Wyatt**<br>**P.O. Box 2922**<br>**Jackson, WY 83001-2922** | **Parent Corporation** | **96.220% of Common Stock** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Holley** | **401 Ryland St., Ste. 200- A**<br>**Reno, NV 89502** | **Secretary / Director / Treasurer** | **49.122% of Series A Preferred** |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **Takeover Industries, Inc.** Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tom Zarro** | **401 Ryland St., Ste. 200- A<br>Reno, NV 89502** | **President / Director** | **0%** |
| **Joseph Pavlik** | **401 Ryland St. Ste. 200-A<br>Reno, NV 89502** | **Shareholder** | **1.757% of Series A Preferred** |
| **Jason Tucker** | **3104 E. Camelback Rd., #2917<br>Phoenix, AZ 85016** | **Shareholder** | **49.122% of Series A Preferred** |
| **James V. Deppoleto Jr.** | **1600 Paramount Drive<br>Waukesha, WI 53186** | **Shareholder** | **1.312% of Common Stock** |
| **Paloma De La Ascension** | **c/o Francisca Pena Moreno<br>Rua Professor Ricardo Jorge N7 11 DTO/Esq<br>Alges 1495-153 Portugal** | **Shareholder** | **.656% Common Stock** |
| **Joshua Rapkin** | **4 Moss Point Dr.<br>Ormond Beach, FL 32174** | **Shareholder** | **.656% Common Stock** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Toby McBride** | **401 Ryland Ste. 200 A<br>Reno, NV 89502** | **Secretary / Director** | **12/2021** |
| **Joseph Pavlik** | **401 Ryland Ste. 200 A<br>Reno, NV 89502** | **Director** | **12/2021** |
| **Jason Tucker** | **3104 E. Camelback Rd., #2917<br>Phoenix, AZ 85016** | **President/Director** | **12/2021** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **Takeover Industries, Inc.** Case number *(if known)*

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Labor Smart, Inc.** | **EIN:** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **Takeover Industries, Inc.** Case number *(if known)*

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 10, 2025**

| | |
|---|---|
| **/s/ Michael Holley** | **Michael Holley** |
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor **Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re **Takeover Industries, Inc.** Debtor(s)

Case No.

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,500.00** |
| Prior to the filing of this statement I have received | $ | **5,500.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of Debtor(s) in any adversary proceeding, including without limitation, any nondischargeability actions pursuant to 11 U.S.C. 523 and 727; and any appeals.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 10, 2025**
*Date*

**/s/ Zachariah Larson**
**Zachariah Larson 7787**
*Signature of Attorney*
**Larson & Zirzow, LLC**
**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
**702-382-1170 Fax: 702-382-1169**
**zlarson@lzlawnv.com**
*Name of law firm*

**United States Bankruptcy Court**
**District of Nevada**

In re **Takeover Industries, Inc.** Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 10, 2025**

**/s/ Michael Holley**
**Michael Holley**/**Director**
Signer/Title

Takeover Industries, Inc.
401 Ryand Ste. 200-A
Reno, NV 89502

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Social Security Administration
Office of the General Counsel
Office of Program Lit. Attn: Bankrup
6401 Security Blvd.
Baltimore, MD 21235

Nevada Dept. of Taxation
Attn: Bankruptcy Section
700 E. Warm Spring Rd. Ste 200
Las Vegas, NV 89119

U.S. Small Business Administration
Attn: Bankruptcy Dept/Managing Agent
409 3rd St., SW
Washington, DC 20416

Abrams Fensterman, LLP
Attn: Alex Leibson
3 Dakota Drive, Ste. 300
Lake Success, NY 11042

Alpha Capital Group
Attn: Bankruptcy Dept/Managing Agent
Tower 42 25 Old Broad Street
London EC2N 1HN

Arizona Department of Revenue
Attn: Bankruptcy Dept/Managing Agent
PO Box 29010
Phoenix, AZ 85038-9010

Bank of America Business Card
Attn: Bankruptcy
P.O. Box 15796
Wilmington, DE 19886-5796

Boost Transport
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 852
Oakwood, GA 30566

CFP Ventures LLC
Battleship Stance Inc.
Attn: Bankruptcy Dept/Managing Agent
1107 1/2 Tacoma Ave. S.
Tacoma, WA 98402

CMG Logistics
Attn: Bankruptcy Dept/Managing Age
P.O. Box 852
Oakwood, GA 30566

Elevate Nutraceutics
Attn: Bankruptcy Dept/Managing Agent
408 NE 6th Street, Ste. 637
Fort Lauderdale, FL 33304

Faith Springs, LLC dba H2ForLIfe
Attn: Bankruptcy Dept/Managing Agent
311 Green St., NW Ste. 500
Gainesville, GA 30501

First Corporate Solutions
as Representative
Attn: Bankruptcy Dept/Managing Age
914 S Street
Sacramento, CA 95811

Florida Deptartment of Revenue
Attn: Bankruptcy Dept/Managing Agent
5050 W Tennessee Street
Tallahassee, FL 32399

Francisco Javier Pena Moreno
Bernoldweg N14 6300
Zug
Switzerland

Gamer Packaging
Attn: Bankruptcy Dept/Managing Age
330 2nd Ave. South, Ste. 895
Minneapolis, MN 55401

Gamer Packaging, Inc.
c/o Euler Hermes Collections N.A.
Attn: Wendy Neff, Sr Collection Sp.
800 Red Brook Blvd., Ste. 400C
Owings Mills, MD 21117

Georgia Department of Revenue
Compliance Division - Central Collection
2595 Century Pkwy NE, Suite 331
Atlanta, GA 30345-3173

Hall & Evans
Attn: Managing Member
1001 17th Street, Ste. 300
Denver, CO 80202

Husch Blackwell LLP
Attn: Jennifer E. Hoekel, Esq.
190 Carondelet Plaza, Ste. 600
Saint Louis, MO 63105

James V. Deppoleto Jr.
1600 Paramount Drive
Waukesha, WI 53186

James V. Deppoleto, Jr.
c/o Bart K. Larsen, Esq.
Shea Larson PC
1731 Village Center Circle, Ste. 150
Las Vegas, NV 89134

Jason Tucker
c/o Veronica L. Manolio
Manolio & Firestone PLC
8686 E. San Alberto Dr., Ste. 200
Scottsdale, AZ 85258

Jason Tucker
3104 E. Camelback Rd #2917
Phoenix, AZ 85016

John Quinn
546 River Road
Chatham, NJ 07928

John Quinn
1311 Mountain Mill Drive, #107
Raleigh, NC 27614

Joseph Pavlik
17047 Raccoon Trail
Strongsville, OH 44136

Joshua Rapkin
4 Moss Point Drive
Ormond Beach, FL 32174

Labor Smart, Inc.
c/o Brad Wyatt
P.O. Box 2922
Jackson, WY 83001-2922

Manilio & Firestone
Attn: Bankruptcy Dept/Managing Agent
8686 E. San Alberto Dr. , Ste. 200
Scottsdale, AZ 85258

Maryland Comptroller
Attn: Bankruptcy Dept/Managing Age
7 St. Paul Street, Suite 230
Baltimore, MD 21202

Melissa Tucker
c/o Veronica L. Manolio
Manolio & Firestone PLC
8686 E. San Alberto Dr., Ste. 200
Scottsdale, AZ 85258

Michael Holley
401 Ryland St., Ste. 200- A
Reno, NV 89502

Michael Holley
5137 E. Armor Street
Cave Creek, AZ 85331-2310

Next Gen Beverages LLC
Attn: Bankruptcy Dept/Managing Agent
125 South King Street, Ste 2A
Jackson, WY 83001

Paloma De La Ascension
c/o Francisa Pena Moreno
Rua Professor Ricardo Jorge N7 11
Alges 1495-153
Portugal

Paul M. Levine PC
8502 E. Via de Ventura Dr., Ste. 20
Scottsdale, AZ 85258

Professional Fighters League LLC
Attn: Bankruptcy Dept/Managing Agent
320 West 37th Street, 14th Flr
New York, NY 10018

Quinn Wealth Management, LLC
1311 Mountain Mill Drive, #107
Raleigh, NC 27614

Reiter Law, PLC
Attn: Managing Member
4500 N. 32nd Street, Ste 201H
Phoenix, AZ 85018

Saverino & Associates, Inc.
Attn: Managing Member
538 Randy Road
Carol Stream, IL 60188

Shopify
Attn: Bankruptcy/Managing Member
151 O'Connor St. Ground Floor
Ottawa, ON K2P 2L8
Canada

Toby McBride
c/o Paul M. Levine, P.C.
8502 E. Via de Ventura, STe. 200
Scottsdale, AZ 85258

Tom Zarro
401 Ryland St., Ste. 200- A
Reno, NV 89502

United Product Development
Attn: Jennifer Wolbers
2231 Linwood Ave.
Naples, FL 34112

Winsight
Attn: Bankruptcy Dept/Managing Age
300 S. Riverside Plaza, Ste. 1600
Chicago, IL 60606

Winsight
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 844641
Boston, MA 02284

# United States Bankruptcy Court
## District of Nevada

In re **Takeover Industries, Inc.** Debtor(s)

Case No.
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Takeover Industries, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Labor Smart, Inc.**
**c/o Brad Wyatt**
**P.O. Box 2922**
**Jackson, WY 83001-2922**

☐ None [*Check if applicable*]

**September 10, 2025**
Date

**/s/ Zachariah Larson**
**Zachariah Larson 7787**
Signature of Attorney or Litigant
Counsel for **Takeover Industries, Inc.**

**Larson & Zirzow, LLC**
**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
**702-382-1170 Fax:702-382-1169**
**zlarson@lzlawnv.com**