| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Takeover Industries, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **25-50831-hlb** |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

■ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 12, 2025**      X **/s/ Michael Holley**
                                          Signature of individual signing on behalf of debtor

**Michael Holley**
Printed name

**Director**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Takeover Industries, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): **25-50831-hlb**

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................  $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................  $ **10,563.77**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................  $ **10,563.77**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................  $ **1,571.06**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$ **4,909,657.47**

4. **Total liabilities** ................................................................................................................................
Lines 2 + 3a + 3b                                                                                                             $ **4,911,228.53**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Takeover Industries, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **25-50831-hlb** |

☑ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                   **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | Bank of America | Checking | 8537 | $0.00 |
   | 3.2. | Bank of America | Savings | 4362 | $7.69 |
   | 3.3. | Paypal | | | $556.08 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                    **$563.77**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

Debtor **Takeover Industries, Inc.**  Case number *(If known)* **25-50831-hlb**
 Name

| | | |
|---|---|---|
| 7.1. | Bond with the U.S. District Court, District of Arizona; case no. 2:22-cv-00357-JJT | $10,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
 Description, including name of holder of prepayment

9. **Total of Part 2.** $10,000.00
 Add lines 7 through 8. Copy the total to line 81.

**Part 3:** **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

 ■ No. Go to Part 4.
 ☐ Yes Fill in the information below.

**Part 4:** **Investments**

13. **Does the debtor own any investments?**

 ☐ No. Go to Part 5.
 ■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1. | **Labor Smart, Inc. (LTNC):  25,000,000 shares** | | Unknown |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
 Name of entity:  % of ownership

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
 Describe:

17. **Total of Part 4.** $0.00
 Add lines 14 through 16. Copy the total to line 83.

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

 ☐ No. Go to Part 6.
 ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 2

Debtor **Takeover Industries, Inc.** Case number *(If known)* **25-50831-hlb**
      Name

**Inventory Assets:
Debtor has 590 12-count
Orange Pop Displays
that are expired, and
deemed worthless**                                $0.00                                                                    $0.00

22.  **Other inventory or supplies**

23.  **Total of Part 5.**                                                                                                           $0.00

     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Computers (deemed outdated and valueless)** | $0.00 | | $0.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                                           $0.00

    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 3

Debtor   **Takeover Industries, Inc.**
          Name

Case number *(If known)*  **25-50831-hlb**

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

### Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    - ■ No. Go to Part 9.
    - ☐ Yes Fill in the information below.

### Part 9:   Real property

54. **Does the debtor own or lease any real property?**

    - ■ No. Go to Part 10.
    - ☐ Yes Fill in the information below.

### Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    - ■ No. Go to Part 11.
    - ☐ Yes Fill in the information below.

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    - ☐ No. Go to Part 12.
    - ■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73. | **Interests in insurance policies or annuities** |  |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>Any claims of Debtor against current or past officers/directors?<br>Nature of claim<br>Amount requested          $0.00 | $0.00 |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |

Debtor **Takeover Industries, Inc.**  Case number *(If known)* **25-50831-hlb**
       Name

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor  **Takeover Industries, Inc.**  Case number *(If known)* 25-50831-hlb
            Name

| Part 12: | Summary | | |
|---|---|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | | Current value of real property |
|---|---:|---|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $563.77 | | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,000.00 | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | | |
| 88. **Real property.** *Copy line 56, Part 9.*................................> | | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,563.77 | + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | $10,563.77 |

**Fill in this information to identify the case:**

Debtor name: **Takeover Industries, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): **25-50831-hlb**

■ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | **Total claim** | **Priority amount** |
|-----|-----|-----------------|---------------------|

**2.1**

Priority creditor's name and mailing address
**Arizona Department of Revenue**
**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 29010**
**Phoenix, AZ 85038-9010**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Income Tax**

Is the claim subject to offset?
■ No
☐ Yes

Total claim: **$109.04**    Priority amount: **$109.04**

**2.2**

Priority creditor's name and mailing address
**Florida Deptartment of Revenue**
**Attn: Bankruptcy Dept/Managing Agent**
**5050 W Tennessee Street**
**Tallahassee, FL 32399**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**State Tax - Sales Tax**

Is the claim subject to offset?
■ No
☐ Yes

Total claim: **$506.02**    Priority amount: **$506.02**

Debtor  **Takeover Industries, Inc.**                                    Case number (if known) **25-50831-hlb**
       Name

| 2.3 | Priority creditor's name and mailing address<br>**Georgia Department of Revenue Compliance Division - Central Collection**<br>**2595 Century Pkwy NE, Suite 331**<br>**Atlanta, GA 30345-3173** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$250.13** | **$250.13** |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim:<br>**State Tax - Sales Tax** | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | ■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**LTNC Shopify Gift Cards**<br>**Attn: Bankruptcy/Managing Member**<br>**151 O'Connor St. Ground Floor**<br>**Ottawa, ON  K2P 2L8**<br>**Canada** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$527.85** | **$527.85** |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**7**) | ■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**Maryland Comptroller**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**7 St. Paul Street, Suite 230**<br>**Baltimore, MD 21202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$178.02** | **$0.00** |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim:<br>**State Tax - Sales Tax** | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | ■ No<br>☐ Yes | | |

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                         **Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address<br>**Alpha Capital Group**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**Tower 42 25 Old Broad Street**<br>**London  EC2N 1HN** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$340,000.00** |
|---|---|---|---|
|  | Date(s) debt was incurred  **6/8/2021** | Basis for the claim:  **Loan** | |
|  | Last 4 digits of account number  _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

Debtor **Takeover Industries, Inc.** Case number (if known) 25-50831-hlb
     Name

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $66,421.03 |
|---|---|---|---|
| | **Bank of America Business Card**<br>**Attn: Bankruptcy**<br>**P.O. Box 15796**<br>**Wilmington, DE 19886-5796** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Charge account__ | |
| | Last 4 digits of account number __0248__ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $44,057.62 |
| | **Bank of America Business Card**<br>**Attn: Bankruptcy**<br>**P.O. Box 15796**<br>**Wilmington, DE 19886-5796** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Charge account__ | |
| | Last 4 digits of account number __4234__ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $83,336.58 |
| | **Boost Transport**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 852**<br>**Oakwood, GA 30566** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $175,000.00 |
| | **CFP Ventures LLC**<br>**Battleship Stance Inc.**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**1107 1/2 Tacoma Ave. S.**<br>**Tacoma, WA 98402** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30,034.70 |
| | **CMG Logistics**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 852**<br>**Oakwood, GA 30566** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $16,000.00 |
| | **Elevate Nutraceutics**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**408 NE 6th Street, Ste. 637**<br>**Fort Lauderdale, FL 33304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18,972.40 |
| | **Faith Springs, LLC dba H2ForLIfe**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**311 Green St., NW Ste. 500**<br>**Gainesville, GA 30501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims      Page 3 of 7

Debtor  **Takeover Industries, Inc.**  Case number (if known) **25-50831-hlb**
        Name

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33,168.88** |
|---|---|---|---|

**Gamer Packaging, Inc.**
**c/o Euler Hermes Collections N.A.**
**Attn: Wendy Neff, Sr Collection Sp.**
**800 Red Brook Blvd., Ste. 400C**
**Owings Mills, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:** Vendor

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,114.79** |
|---|---|---|---|

**Hall & Evans**
**Attn: Managing Member**
**1001 17th Street, Ste. 300**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:** Services

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,016,697.00** |
|---|---|---|---|

**James V. Deppoleto, Jr.**
**c/o Bart K. Larsen, Esq.**
**Shea Larson PC**
**1731 Village Center Circle, Ste. 150**
**Las Vegas, NV 89134**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/19/2022**

**Basis for the claim:** Pending litigation in U.S. District Court, District of Nevada, Case No: 22-cv-2013-GMN-VCF

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jason Tucker**
**c/o Veronica L. Manolio**
**Manolio & Firestone PLC**
**8686 E. San Alberto Dr., Ste. 200**
**Scottsdale, AZ 85258**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  __

**Basis for the claim:** Third Party Defendent in U.S. District Court, District of Arizona Case No: 22-cv-00357-JTT

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**John Quinn**
**546 River Road**
**Chatham, NJ 07928**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  __

**Basis for the claim:** Possible lawsuit for alleged payment due of commissions and distrubtion of stock

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,060.56** |
|---|---|---|---|

**Manilio & Firestone**
**Attn: Bankruptcy Dept/Managing Agent**
**8686 E. San Alberto Dr. , Ste. 200**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:** Services

Last 4 digits of account number  **0407**

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor  **Takeover Industries, Inc.**                                        Case number (if known)  **25-50831-hlb**
      Name

| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Melissa Tucker**<br>**c/o Veronica L. Manolio**<br>**Manolio & Firestone PLC**<br>**8686 E. San Alberto Dr., Ste. 200**<br>**Scottsdale, AZ 85258**<br>Date(s) debt was incurred  **3/2022**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **Pending litigation in District of Arizona Case No: 22-cv-00357-JTT**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **Unknown** |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Melissa Tucker/Oak Creek Wellness**<br>**c/o Freeman Law Firm Inc.**<br>**1107 1/2 Tacoma Ave. South**<br>**Tacoma, WA 98402**<br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **Services**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **Unknown** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Michael Holley**<br>**401 Ryland St., Ste. 200- A**<br>**Reno, NV 89502**<br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Loan to company**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$12,332.59** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Next Gen Beverages LLC**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**125 South King Street, Ste 2A**<br>**Jackson, WY 83001**<br>Date(s) debt was incurred  **2023-2/2024**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Loans Payable**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$42,500.00** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Professional Fighters League LLC**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**320 West 37th Street, 14th Flr**<br>**New York, NY 10018**<br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **Pending litigation in the USDC S.N.Y.  24-01335**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$1,943,500.00** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Reiter Law, PLC**<br>**Attn: Managing Member**<br>**4500 N. 32nd Street, Ste 201H**<br>**Phoenix, AZ 85018**<br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Services**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$35,410.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Saverino & Associates, Inc.**<br>**Attn: Managing Member**<br>**538 Randy Road**<br>**Carol Stream, IL 60188**<br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Services**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$9,906.33** |

Debtor **Takeover Industries, Inc.**                                    Case number (if known) **25-50831-hlb**
      Name

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$694.99** |
|---|---|---|---|
| | **Shopify**<br>**Attn: Bankruptcy/Managing Member**<br>**151 O'Connor St. Ground Floor**<br>**Ottawa, ON  K2P 2L8**<br>**Canada** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:** **Services** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Toby McBride**<br>**c/o Paul M. Levine, P.C.**<br>**8502 E. Via de Ventura, STe. 200**<br>**Scottsdale, AZ 85258** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **3/2022** | **Basis for the claim:** **Pending litigation in USDC District of Arizona** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,450.00** |
|---|---|---|---|
| | **United Product Development**<br>**Attn: Jennifer Wolbers**<br>**2231 Linwood Ave.**<br>**Naples, FL 34112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,000.00** |
|---|---|---|---|
| | **Winsight**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**300 S. Riverside Plaza, Ste. 1600**<br>**Chicago, IL 60606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Abrams Fensterman, LLP**<br>**Attn: Alex Leibson**<br>**3 Dakota Drive, Ste. 300**<br>**Lake Success, NY 11042** | Line  **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Gamer Packaging**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**330 2nd Ave. South, Ste. 895**<br>**Minneapolis, MN 55401** | Line  **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Husch Blackwell LLP**<br>**Attn: Jennifer E. Hoekel, Esq.**<br>**190 Carondelet Plaza, Ste. 600**<br>**Saint Louis, MO 63105** | Line  **3.11**<br><br>☐ Not listed. Explain ____ | _ |

Debtor **Takeover Industries, Inc.**                     Case number (if known) **25-50831-hlb**
       Name

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.4 | **John Quinn**<br>**1311 Mountain Mill Drive, #107**<br>**Raleigh, NC 27614** | Line __3.13__<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Paul M. Levine PC**<br>**8502 E. Via de Ventura Dr., Ste. 200**<br>**Scottsdale, AZ 85258** | Line __3.23__<br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Paul M. Levine PC**<br>**8502 E. Via de Ventura Dr., Ste. 200**<br>**Scottsdale, AZ 85258** | Line __3.18__<br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Quinn Wealth Management, LLC**<br>**1311 Mountain Mill Drive, #107**<br>**Raleigh, NC 27614** | Line __3.13__<br>☐ Not listed. Explain ____ | __ |
| 4.8 | **Winsight**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 844641**<br>**Boston, MA 02284** | Line __3.25__<br>☐ Not listed. Explain ____ | __ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---:|
| **5a. Total claims from Part 1** | 5a. | $ | 1,571.06 |
| **5b. Total claims from Part 2** | 5b. + | $ | 4,909,657.47 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | 4,911,228.53 |

**Creditor Added 11/12/2025**

Melissa Tucker/Oak Creek Wellness
c/o Freeman Law Firm Inc.
1107 1/2 Tacoma Ave. South
Tacoma WA 98402