LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NVB 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ., NVB 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

TAKEOVER INDUSTRIES, INC.,

        Debtor.

Case No. 25-50831-hlb
Chapter 7

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

1. On the 12th day of November, 2025, I served the following document:

    a.  Notice of Chapter 7 Bankruptcy Case      ECF No. 4

2. I served the above-named document by the following means to the persons as listed below:

    ☐ **a. ECF System:**

    ☒ **b. United States mail, postage fully prepaid:**

        Melissa Tucker/Oak Creek Wellness
        c/o Freeman Law Firm Inc.
        1107 1/2 Tacoma Ave. South
        Tacoma WA 98402

    ☐ **c. Personal Service:**

    I personally delivered the document(s) to the persons at these addresses:

    ☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐     For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐     **d.**     **By direct email (as opposed to through the ECF System):**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐     **e.**     **By fax transmission:**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     **f.**     **By messenger:**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 12th day of November, 2025.

Trish Huelsman                                        /s/ *Trish Huelsman*
(Name of Declarant)                         (Signature of Declarant)

**LARSON & ZIRZOW, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

2