Dan Owens
Clerk of Court

Entered on Docket
November 18, 2025

James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN PC**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:  jshea@shea.law
        blarsen@shea.law
        kwyant@shea.law

-and-

Michael A. Brandess, Esq.(*pro hac vice granted*)
**HUSCH BLACKWELL LLP**
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
Telephone: (312) 526-1542
Email:  Michael.Brandess@huschblackwell.com

*Attorneys for Creditor James V. Deppoleto Jr.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 25-50831 |
| TAKEOVER INDUSTRIES, INC. | Chapter 7 |
| Debtor. | |

**ORDER GRANTING EX PARTE MOTION FOR AN ORDER DIRECTING EXAMINATION OF TOBY MCBRIDE PURSUANT TO FED. R. BANKR. P. 2004**

      This Court having reviewed the *Ex Parte Motion for an Order Directing Examination of Toby McBride Pursuant to Fed. R. Bankr. P. 2004.* [ECF No.41] (the "Motion") filed by James V.

HB: 4938-9941-5417.1

Deppoleto ("Deppoleto") and for good cause appearing:

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Toby McBride shall appear for an examination under oath before a certified court reporter at a time, place, and date upon no less than fourteen (14) calendar days' written notice by Mr. Deppoleto's counsel, as to any matter permitted by Fed. R. Bankr. P. 2004, including but not limited to the matters specifically enumerated in the Motion.

**IT IS SO ORDERED.**

Submitted by:

**SHEA LARSEN PC**

/s/ *Bart K. Larsen, Esq.*
James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Counsel for James V. Deppoleto*

HB: 4938-9941-5417.1